IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:04CR426 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SERGIO VALADEZ-TORRES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's January 5, 2006, oral motion for an amended judgment.

The motion will be denied. The Court recommended to the Bureau of Prisons that the time in question be credited. If credit was not awarded, the Defendant may pursue the issue administratively through the Bureau of Prisons.

IT IS ORDERED that the government's January 5, 2006, oral motion for an amended judgment is denied.

DATED this 6th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge